IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                    No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed August 13, 2004, plaintiff's second amended complaint was dismissed with leave to file a third amended complaint. Before the court is plaintiff's third amended complaint.

        The third amended complaint states cognizable claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b), as to plaintiff's first, second, fifth, sixth, twelfth, fourteenth, fifteenth, sixteenth, seventeenth, eighteenth, nineteenth, and twentieth causes of action as well as the First Amendment claims presented in plaintiff's eighth, ninth and tenth causes of action.[1] If the allegations of the third amended complaint are proven, plaintiff has a

---

[1] Filed concurrently with this order are findings and recommendations recommending that the remaining causes of action and two defendants be dismissed.

1

reasonable opportunity to prevail on the merits of this action.

   In accordance with the above, IT IS HEREBY ORDERED that:

   1. Service is appropriate for the following defendants: S. Cook, M. Garate, Bruce Farris, K. Holmes, D. Hansen, M. Martinez, D. Shaver, N. McClure, R.S. Johnson, John Harrison, D. Morton, A. Nergenah, R. McKean, C. Adams, T. Bartos, P. Statti, Vanderville, J. Gilliam, and S. Babbich.

   2. The Clerk of the Court shall send plaintiff nineteen USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed October 6, 2004.

   3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Twenty copies of the endorsed third amended complaint filed October 6, 2004.

   4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 3, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.1amd

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,

vs.

S. COOK, et al.,

    Defendants.

    /

No. CIV S-03-1605 GEB DAD P

NOTICE OF SUBMISSION
OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                        Amended Complaint

DATED:

                              _____
                              Plaintiff