IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                    No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 4, 2005, the court filed findings and recommendations recommending that certain claims and defendants be dismissed. Concurrently, the court filed an order requiring plaintiff to submit certain documents to effect service on other defendants based on a determination that plaintiff had stated cognizable claims in his third amended complaint as to specified causes of action. In plaintiff's objections to the findings and recommendations, plaintiff argues that defendant Troy Singletary was inadvertently omitted from the list of defendants for whom service is appropriate. The court agrees.

        Accordingly, IT IS ORDERED that:

        1. Service is appropriate with respect to defendant Troy Singletary.

/////

1

1        2. The Clerk of the Court shall send plaintiff one USM-285 form and one
2   summons.
3        3. Within thirty days from the date of this order, plaintiff shall complete the
4   attached Notice of Submission of Documents and submit the following documents to the court:
5            a. The completed Notice of Submission of Documents;
6            b. One completed summons;
7            c. One completed USM-285 form for defendant Singletary; and
8            d. One copy of the endorsed third amended complaint filed October 6,
9               2004.
10       4. Plaintiff need not attempt service on defendant and need not request waiver of
11  service.  Upon receipt of the above-described documents, the court will direct the United States
12  Marshal to serve the defendant pursuant to Federal Rule of Civil Procedure 4 without payment of
13  costs.
14  DATED: December 1, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.1a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW R. LOPEZ, | | |
| | Plaintiff, | No. CIV S-03-1605 GEB DAD P |
| vs. | | |
| S. COOK, et al., | | <u>NOTICE OF SUBMISSION</u> |
| | Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                           Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff