IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                  2:03-cv-1605-GEB-DAD-P

  vs.

S. COOK, et al.,

    Defendants.          <u>ORDER</u>

                            /

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On November 4, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 4, 2005, are adopted in full;

2. The third, fourth, seventh, eleventh, thirteenth, and twenty-first causes of action in plaintiff's third amended complaint, filed on October 6, 2004, are dismissed for failure to state a claim or as duplicative;

3. Plaintiff's Fourteenth Amendment claim in his eighth, ninth, and tenth causes of action are dismissed for failure to state a claim; and

4. Defendants Woodford and Drew are dismissed.

DATED: December 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2