IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                      No. CIV S-03-1605 GEB DAD P

     vs.

S. COOK, et al.,

      Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 2, 2005 and January 4, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Bruce Farris was returned unserved because he is no longer employed at High Desert State Prison and the California Department of Corrections did not have further information as to his location. Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form;

1

1     2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a. One completed USM-285 form for defendant Farris;

        b. Two copies of the endorsed third amended complaint filed October 6, 2004; and

        c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: March 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
lope1605.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                     No. CIV S-03-1605 GEB DAD P

      vs.

S. COOK, et al.,

                                   NOTICE OF SUBMISSION
      Defendants.                OF DOCUMENTS
_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __One__         completed summons form

      __One__         completed USM-285 forms

      __Two__        copies of the __October 6, 2004__
                                Third Amended Complaint

DATED:

                                                 Plaintiff