IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>S. COOK, et al.,<br><br>　　　　　　　　　　　　Defendants. | No. CIV S-03-1605 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' First Request for an Extension of Time to file their responses to plaintiff's Complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants McClure, Vanderville, Bartos, Adams, McKean, Johnson, Garate, Harrison, Nergenah, Morton, Holmes, and Babbich have thirty days from the date of service of this order to file their responses to the complaint.

DATED: March 15, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.eot