1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ANDREW R. LOPEZ,

11           Plaintiff,                    No. CIV S-03-1605 GEB DAD P

12      vs.

13  S. COOK, et al.,

14           Defendants.                   ORDER

15  _____/

16           Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff
17  seeks relief pursuant to 42 U.S.C. § 1983.
18           On January 4, 2006, the court ordered the United States Marshal to serve the third
19  amended complaint on defendant Singletary. Process directed to defendant Singletary was
20  returned unexecuted and the California Department of Corrections reported that it did not have
21  further information regarding his location. Plaintiff must provide additional information to
22  facilitate service upon this defendant. Plaintiff shall promptly seek such information through
23  discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means
24  available to plaintiff.
25  /////
26  /////

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Clerk of the Court is directed to send to plaintiff one USM-285 form;

3     2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Singletary;

    b. Two copies of the endorsed third amended complaint filed October 6, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: March 29, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
lope1605.8e(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

        Plaintiff,                      No. CIV S-03-1605 GEB DAD P

     vs.

S. COOK, et al.,

                                 NOTICE OF SUBMISSION
        Defendants.         OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __One__        completed summons form

        __One__        completed USM-285 forms

        __Two__        copies of the __October 6, 2004__
                                        Third Amended Complaint

DATED:

                                                      Plaintiff