IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>S. COOK, et al.,<br><br>            Defendants. | No. CIV S-03-1605 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

    Defendants' second request for an extension of time to file their responses to plaintiff's third amended complaint was considered by this court, and good cause appearing,

    IT IS HEREBY ORDERED that defendants have 45 days from the date of service of this order to file their responses to the third amended complaint.

DATED: April 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.eot2