IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,      No. CIV S-03-1605 GEB DAD P

vs.

S. COOK, et al.,

    Defendants.      <u>ORDER</u>

                                 /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 6, 2006 and March 30, 2006, the court ordered plaintiff to submit new USM-285 forms for defendants Farris and Singletary. Plaintiff has requested an extension of time to comply with the court's orders.[1] Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 20, 2006 request for an extension of time is granted;

        2. The Clerk of the Court is directed to send to plaintiff two USM-285 forms;

/////

---

[1] Plaintiff also erroneously indicates that he has been ordered to provide a new USM-285 form for defendant Cook. The court's prior orders did not pertain to defendant Cook. The court is awaiting notification from the U.S. Marshal regarding their efforts to serve defendant Cook.

1

3.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a.  One completed USM-285 form for defendant Farris and defendant Singletary;

    b.  Three copies of the endorsed third amended complaint filed October 6, 2004; and

    c.  One completed summons form (if not previously provided).

DATED: April 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.peot

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,   No. CIV S-03-1605 GEB DAD P

  vs.

S. COOK, et al.,   NOTICE OF SUBMISSION

    Defendants.   OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                          Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff