IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                          No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

      Defendants.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 27, 2006, the court ordered plaintiff to submit new USM-285 forms for defendants Farris and Singletary and with more current information because previous service was unexecuted.  On May 1, 2006, plaintiff filed a document styled, "Notice of Obstruction To Plaintiff's Ability to Comply with court orders, Request for cure."  Plaintiff states that the USM-285 forms were taken during a search of his cell and that staff at California State Prison-Corcoran have refused to photocopy his third amended complaint.  The court will provide plaintiff with two more copies of the USM-285 forms and grant plaintiff an extension of time to submit the forms.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to provide plaintiff with two copies of the USM-285 forms;

2. Within thirty days from the service of this order, plaintiff shall submit the USM-285 forms for defendants Farris and Singeltary and three copies of the endorsed third amended complaint filed on October 6, 2004; if plaintiff is unable to obtain photocopies of the third amended complaint, he must submit the USM-285 forms with a declaration which explains his efforts to obtain the photocopies, relevant dates, and names of correctional staff who failed or refused to make the photocopies.

DATED: May 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.usm285