IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                        No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,                    ORDER AND ORDER TO SHOW CAUSE

    Defendants.

_____/

        By an order filed December 2, 2005, this court directed the United States Marshal to serve all process without prepayment of costs. The Marshal has returned summons and complaint on the indicated dates reflecting service was executed on the following defendants: March 10, 2006 for defendants D. Shaver and P. Statti; March 14, 2006 for defendant D. Morton; March 15, 2006 for defendant M. Martinez; and March 23, 2006 for defendant J. Gillam.[1] On June 5, 2006, defendants C. Adams, S. Babich, T. Bartos, M. Garate, J. Harrison, K. Holmes, R.S. Johnson, N. McClure, R. McKean, A. Nergenath, and D. Vanderville filed their answer to the third amended complaint. Defendants Shaver, Morton, Statti, Gillam, and Martinez, although

/////

---

[1] On March 3, 2006, defendant M. Martinez signed the waiver of service of summons, and on March 10, 2006, defendant Gillam signed the waiver.

1

properly served, have not yet filed a responsive pleading. Accordingly, IT IS HEREBY ORDERED that:

    1. Defendants D. Shaver, P. Statti, D. Morton, M. Martinez, and J. Gillam show cause, within twenty days from the date of this order, why default should not be entered against them;

    2. The Clerk of the Court shall forward a copy of this order to defendants J. Gillam and M. Martinez at High Desert State Prison; and

    3. The Clerk of the Court is directed to serve a copy of this order on Deputy Attorney General Jeffrey Steele.

DATED: June 9, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.77d

2