IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                      No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On April 27, 2006 and May 11, 2006, the court ordered plaintiff to submit new USM-285 forms with respect to defendants Farris and Singletary and to provide updated information regarding where these defendants could be served with process. In the May 11 order, the court also directed plaintiff to submit a declaration with the USM-285 forms in the event he was unable to obtain photocopies of his third amended complaint. On June 7, 2006, plaintiff filed a declaration concerning problems he was encountering in obtaining the necessary photocopies. Therefore, plaintiff will be relieved of the obligation of providing copies of his third amended complaint.

/////

1

1  Plaintiff has not submitted the USM-285 forms for defendants Farris and
2  Singletary.  In his declaration, plaintiff states that he sent a letter to the state personnel board, but
3  received no reply.  In addition, plaintiff states that he asked the prison's law librarian for the
4  address of the California Correctional Peace Officer's Union, but again received no reply.
5  Plaintiff requests that the court exercise its "discretionary powers and issue any and all just and
6  proper orders."  (Decl. at 3.)
7  The court will provide plaintiff with one final opportunity to submit the USM-285
8  forms for defendants Farris and Singletary.  It is plaintiff's obligation to prosecute this action and
9  to seek the information needed to effectuate service through discovery and procedures under the
10 California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to
11 plaintiff.  The court will not conduct the discovery on plaintiff's behalf.
12 In addition, plaintiff is advised that Rule 4(m) of the Federal Rules of Civil
13 Procedure provide that if a summons and complaint are not served upon a defendant within 120
14 days after the filing of the complaint, the court "shall dismiss the action without prejudice as to
15 that defendant[.]" Fed. R. Civ. P. Rule 4(m).  The court will provide plaintiff with a final
16 opportunity to submit the USM-285 forms for defendants Farris and Singletary.  If plaintiff fails
17 to comply with this order, defendants Farris and Singletary will be dismissed as defendants in
18 this action without prejudice.
19 Accordingly, IT IS HEREBY ORDERED that:
20 1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, a
21 summons form, along with an instruction sheet;
22 2. Within sixty days from the date of this order, plaintiff shall complete and
23 submit the attached Notice of Submission of Documents to the court, with the following
24 documents:
25 /////
26 /////

         a. A completed USM-285 form for both defendant Farris and defendant Singletary; and

         b. One completed summons form or show good cause why he cannot provide such information; and

    3. Plaintiff's failure to comply with this order will result in the dismissal without prejudice of defendants Farris and Singletary.

DATED: June 9, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.8e2

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                         No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,                        <u>NOTICE OF SUBMISSION</u>

    Defendants.                    <u>OF DOCUMENTS</u>

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

DATED:

                                                    _____

                                                    Plaintiff