IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                   No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

      Defendants.          ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On December 2, 2005, the court ordered the United States Marshal to serve the third amended complaint on defendant Hansen. Process directed to defendant Hansen was returned unexecuted and the California Department of Corrections reported that it did not have further information regarding his location. Plaintiff must provide additional information to facilitate service upon this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

        On June 21, 2006, defendants Gillam, Martinez, Morton, Shaver and Statti filed their response to the court's June 6, 2006 order to show cause why default should not be entered

for their failure to file a timely response to the third amended complaint.  On June 21, 2006, the defendants also filed their answer.  In light of defendants' response, the court will discharge the order to show cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for defendant Hansen; and

   b. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

3. The order to show cause, filed on June 9, 2006, is discharged.

4. The Clerk of the Court is directed to provided plaintiff with one USM-285 form and a summons form.

DATED: June 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb/4
lope1605.8e(3)

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,               No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

                          NOTICE OF SUBMISSION

    Defendants.         OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __One__    completed summons form

    __One__    completed USM-285 forms

DATED:

                                         _____

                                         Plaintiff