IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. COOK, et al.,<br><br>　　　　　　　Defendants. | No. CIV S-03-1605 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

　　　Defendants' First Request for an Extension of Time to respond to the Interrogatories and Second Request for Production of Documents propounded by Plaintiff Andrew R. Lopez was considered by this Court, and good cause appearing:

　　　IT IS HEREBY ORDERED that defendants have forty-five days from the date of service of this order to serve their responses.

DATED: August 14, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.Deot