IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**S. COOK, et al.,**<br><br>                                    Defendants. | No. CIV S-03-1605 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUESTS FOR ADMISSIONS** |

Defendants' First Request for an Extension of Time to respond to the Requests for Admissions propounded by Plaintiff Andrew R. Lopez to Defendants Nergenah, Johnson, Morton, Statti, Garate and Adams was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have 30 days from the date of service of this order to serve their responses.

DATED: September 11, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.deot2