IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDREW R. LOPEZ, | | |
| | Plaintiff, | No. CIV S-03-1605 GEB DAD P |
| vs. | | |
| S. COOK, et al., | | |
| | Defendants. | FINDINGS & RECOMMENDATIONS |

/

By an order filed September 12, 2006, this court ordered plaintiff to complete and return to the court, within forty-five days, the USM-285 forms and other documents necessary to effect service on defendants Farris, Singletary, and Hansen. That forty-five day period has since passed, and plaintiff has not responded in any way to the court's order.

IT IS HEREBY RECOMMENDED that plaintiff's claims against defendants Farris, Singletary, and Hansen be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153

2  (9th Cir. 1991).

3  DATED: November 13, 2006.

```
                                    /s/ Dale A. Drozd
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:lg
lopez1605.fusm