IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**S. COOK, et al.,**<br><br>                              Defendants. | No. CIV S-03-1605 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** |

Defendants' request for an extension of time to respond to Plaintiff's motion to compel was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have 45 days from the date of service of this order to serve their responses.

DATED: November 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.discEot