IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                     2:03-cv-1605-GEB-DAD-P

    vs.

S. COOK, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On December 4, 2006, 2006, plaintiff filed a document styled, "Objections to Magistrate Judge's order filed November 14, 2006," which is construed as a request for reconsideration of the magistrate judge's order which denied plaintiff's request for partial summary judgment and request for appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 14, 2006, is affirmed.

Dated:  December 12, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge