IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**S. COOK, et al.,**<br><br>                    Defendants. | No. CIV S-03-1605 GEB DAD P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST FOR ADMISSIONS, INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

Defendants' request for an extension of time to respond to Plaintiff's request for admissions, interrogatories and request for production of documents was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have 30 days from the date of service of this order to serve their responses.

DATED: December 18, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.Deot3