IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                    2:03-cv-1605-GEB-DAD-P

    vs.

S. COOK, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 14, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.[1]

---

[1] On December 4, 2006, plaintiff filed a document styled, "Objections to Magistrate Judge's Order filed November 14, 2006," which was construed as a request for reconsideration of the magistrate judge's order denying plaintiff's request for partial summary judgment and request for appointment of counsel. However, those objections did not address the recommendation that claims against defendants Farris, Singletary, and Hansen be dismissed without prejudice.

1

1  The court has reviewed the file and finds the findings and recommendations to be
2  supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3  ORDERED that:
4  1. The findings and recommendations filed November 14, 2006 are adopted in
5  full; and
6  2. The claims against defendants Farris, Singletary, and Hansen are dismissed
7  without prejudice.  See Fed. R. Civ. P. 41(b).
8  Dated:  December 22, 2006

GARLAND E. BURRELL, JR.
United States District Judge