IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**S. COOK, et al.,**<br><br>Defendants. | 2:03-cv-1605-GEB-DAD-P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendants' request for an extension of time to respond to Plaintiff's discovery requests was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have 30 days from the date of service of this order to serve their responses.

DATED: January 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lopez1605.eot2