IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                                No. CIV S-03-1605 GEB DAD P

   vs.

S. COOK, et al.,

      Defendants.                          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner currently incarcerated at Corcoran State Prison. He has filed a civil rights action pursuant to 42 U.S.C. § 1983 and alleges violation of his constitutional rights while he was incarcerated at High Desert State Prison. Before the court are several documents filed by plaintiff.

        First, plaintiff has filed a document styled, "Notice of Intentional Obstruction By Agents And Co-Union Members of Defendants Toward Plaintiff's Efforts In Moving This Case Forward; and, Request For Counsel." Plaintiff contends that the law library at Corcoran State Prison contains outdated materials, has not provide plaintiff with requested cases and law books, and that library staff fails to provide assistance and refuses to photocopy his exhibits. Plaintiff requests that the court "acknowledge" that plaintiff is unable to respond to defendant's request for production of documents and to appoint counsel. Plaintiff may request an extension of time

1

1  to respond to discovery requests; however, he is required to respond to the discovery requests.
2  Plaintiff should inform defendants' counsel about the problems he is having in obtaining
3  photocopies and he should provide a brief description of the documents that he is attempting to
4  produce.  As for plaintiff's request for the appointment of counsel, the request will be denied for
5  the reasons set forth in the court's November 14, 2006 order.

    Second, plaintiff has filed a document styled, "Request For Court Order For
California Inspector General's Office To Release Documents."  Plaintiff contends that "external
investigations were conducted at High Desert State Prison (where my claims are primarily
based); and that relevant evidence was discovered during those investigations."  (Pl's Req. for
Court Order, filed 12/26/06, at 1.)  The Inspector General's Office sent plaintiff a letter which
stated as follows:

> This is in response to your Public Records Act request for information on persons who conducted investigations of High Desert State Prison, or any of its employees, between January 2000 through October 2004.
>
> You have requested the names, titles, addresses and phone numbers of persons who were investigated, and the reason for the investigations.  Assuming you are referring to sworn staff, the information you seek is protected under Penal Code section 832.7.  Investigations of the Department of Corrections and Rehabilitation, can be requested by either the Secretary of the Department of Corrections and Rehabilitation, a Member of the Legislature or the Inspector General may initiate an investigation on his own accord.  Those investigations, including the reason for the investigation, are confidential pursuant to Penal Code section 6131(b).
>
> Therefore, we are unable to provide you a copy without a court order.

(Pl.'s Req. for Court Order, filed 12/26/06, Attach.)

    Plaintiff's request for a court order in this regard will be denied.  Plaintiff has not explained what evidence he believes the Inspector General's Office has obtained and how that evidence relates to any specific claim presented in this action.  In addition, plaintiff's request for

/////

information from the Inspector General's Office appears to have been an exploratory inquiry. The court will not issue an order for such vague and overly broad discovery.

Third, plaintiff has filed a document styled, "Plaintiff's Response To Defendants Request For Production of Documents (Set No. One)." Plaintiff is informed that discovery responses should not be filed with the court until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Therefore, plaintiff's document shall be placed in the file and disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 26, 2006 document styled, "Notice of Intentional Obstruction By Agents And Co-Union Members of Defendants Toward Plaintiff's Efforts In Moving This Case Forward; and, Request For Counsel" are denied;

2. Plaintiff's December 26, 2006 request for court order for release of records is denied; and

3. Plaintiff's December 26, 2006 response to defendants' request for production of documents shall be placed in the file and disregarded.

DATED: January 3, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.ord

3