IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>S. COOK, et al.,<br><br>  Defendants. | 2:03-cv-1605-GEB-DAD-P<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL |

Defendants' request for an extension of time to respond to Plaintiff's motion to compel was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have 30 days from the date of service of this order to serve their response.

DATED: January 17, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.mtcEot