IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                      No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

      Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2007, plaintiff filed a document styled, "Objections To This Court's Issuing Orders Absent My Receiving Prior Notice Of Issues; And, Request For Counsel To Be Made Pursuant 28 U.S.C. § 1915." Therein plaintiff contends that he never received a copy of the court's findings and recommendations, filed on November 14, 2006, which recommended that plaintiff's claims against defendants Farris, Singletary and Hansen be dismissed without prejudice due to plaintiff's failure to submit USM-285 forms for service on those defendants pursuant to the court's September 12, 2006 order. On December 22, 2006, the findings and recommendations in question were adopted by the District Judge assigned to this action. In the interest of justice, the court will direct the Clerk of the Court to provide plaintiff with a copy of the court's September 12 order and the November 14 findings and

1

1 recommendations. Plaintiff will also be ordered to file his objections to those findings and
2 recommendations.
3       Plaintiff has also requested the appointment of counsel. For the reasons set forth
4 in the court's orders filed on January 29, 2004, September 2, 2004, September 12, 2006, and
5 November 14, 2006, the request will be denied.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1. The Clerk of the Court is directed to provide plaintiff with a copy of the court's
8 September 12, 2006 order (court document number 71), and the findings and recommendations
9 filed on November 14, 2006 (court document number 79);
10       2. Within twenty days from the service of this order, plaintiff shall file his written
11 objections to the findings and recommendations filed on November 14, 2006; the document shall
12 be captioned "Objections to Findings and Recommendations." No further extensions of time
13 will be granted for this purpose absent a showing of good cause; and
14       3. Plaintiff's January 3, 2007 request for the appointment of counsel is denied.
15 DATED: January 25, 2007.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

19 DAD:4
lope1605.obj

2