IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

    Plaintiff,                    2:-03-cv-1605-GEB-DAD-P

   vs.

S. COOK, et al.,

    Defendants.           <u>ORDER</u>

                                /

        On January 16, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 4, 2007, denying plaintiff's request for the appointment of counsel. On January 22, 2007, plaintiff filed another request for reconsideration which concerns the magistrate judge's order filed on January 4, 2007, setting a schedule for this case, including dates for the completion of discovery, the filing of pretrial motions, pretrial conference and trial. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's rulings were clearly erroneous or contrary to law.

        In light of this order, plaintiff's January 16, 2007 renewed request for the appointment of counsel and clarification concerning the legal standard for such appointment, are denied.

/////

1

1    Therefore, IT IS HEREBY ORDERED that:

2    1.  Upon reconsideration, the orders of the magistrate judge filed on January 4,
3    2007, are affirmed; and

4    2.  Plaintiff's January 16, 2007 request for clarification of the court's January 4,
5    2007 order and renewed request for the appointment of counsel, are denied.

Dated:  January 25, 2007

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```

2