IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

    Plaintiff,                    2:03-cv-1605-GEB-DAD-P

    vs.

S. COOK, et al.,

    Defendants.          <u>ORDER</u>

                              /

        On January 22, 2007, plaintiff filed a request for reconsideration of the magistrate judge's scheduling order filed January 4, 2007. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 4, 2007, is affirmed.

Dated: February 8, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1