IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

      Plaintiff,                    2:03-cv-1605-GEB-DAD-P

    vs.

S. COOK, et al.,

      Defendants.          <u>AMENDED ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 14, 2006, Magistrate Judge Dale Drozd issued findings and recommendations recommending that plaintiff's claims involving defendants Farris, Singletary and Hansen be dismissed without prejudice due to plaintiff's failure to complete and return USM-285 forms to effect service on those defendants. On December 22, 2006, the undersigned adopted those finding and recommendations. On January 3, 2007, plaintiff filed objections contending that he had not received the November 14, 2006 findings and recommendations. Thereafter, on January 25, 2007, Magistrate Drozd ordered the Clerk of the Court to provide plaintiff with the November 14, 2006 findings and recommendations and directed plaintiff to file

1

1  any objections thereto within twenty days of the service of that order.  Plaintiff filed objections
2  to the November 14, 2006 findings and recommendations on February 12, 2007.
3         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
4  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
5  file, the court finds the findings and recommendations to be supported by the record and by
6  proper analysis.
7         Accordingly, IT IS HEREBY ORDERED that:
8         1.  The findings and recommendations filed November 14, 2006, are adopted in
9  full; and
10        2.  Plaintiff's claims against defendants Farris, Singletary and Hansen are
11 dismissed without prejudice.  See Fed. R. Civ. P. 41(b).
12 Dated:  March 13, 2007

GARLAND E. BURRELL, JR.
United States District Judge