EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1937
 Fax: (916) 324-5205
 Email: Jeff.Steele@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,**<br><br>                                      Plaintiff,<br><br>v.<br><br>**S. COOK, et al.,**<br><br>                                      Defendants. | 2:03-cv-1605-GEB-DAD-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO SUPPLEMENT THEIR RESPONSES TO PLAINTIFF'S SECOND AND THIRD JOINT SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

Defendants' request for an extension of time to supplement their responses to Plaintiff's Second and Third Joints Sets of Interrogatories and Request for Production of Documents was considered by this Court, and good cause appearing:

IT IS HEREBY ORDERED that defendants have 10 days from the date of service of this order to serve their supplemental responses.

DATED: March 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.disEot2