IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

      Plaintiff,                    No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

      Defendants.          ORDER

_____/

        Plaintiff has filed a document entitled "Request for Subpoenas." Therein, plaintiff requests that the court issue subpoenas requiring the California Department of Corrections and Rehabilitation to provide plaintiff with copies of various prison logs, reports and other documents maintained at High Desert State Prison. The use of a subpoena, issued in blank by the clerk of the court or otherwise, is an appropriate method by which a party may seek document inspection from a non-party. See Fed. R. Civ. P. 45(a)(1)(C). However, misuse or abuse of subpoenas by private parties may result in the imposition of sanctions. See Theofel v. Farey Jones, 341 F. 3d 978, 984 (9th Cir. 2003). The court notes that defendants have recently obtained an extension of time in which to supplement responses to interrogatories and requests for production of documents propounded by plaintiff and it may well be appropriate for plaintiff to await those responses.

In any event, plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on a party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's March 1, 2007 request for subpoenas will be placed in the court file and disregarded.

DATED: March 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.411