IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

    Plaintiff,                    2:03-cv-1605-GEB-DAD-P

    vs.

S. COOK, et al.,

    Defendants.         <u>ORDER</u>

                          /

        On April 9, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 26, 2007, disregarding plaintiff's March 1, 2007 request for subpoenas. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Plaintiff has also requested the appointment of counsel. For the reasons set forth in the magistrate judge's November 14, 2006 order, the request will be denied without prejudice.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed March 26, 2007, is affirmed; and

/////

1

2. Plaintiff's April 9, 2007 request for the appointment of counsel is denied without prejudice.

Dated: April 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge