IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

    Plaintiff,                      No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Before the court are defendants' motion to modify the scheduling order and a request for an extension of time to file their opposition to plaintiff's motion for summary judgment.

        On January 4, 2007, the court filed a scheduling order which set April 27, 2007 as the deadline for conducting discovery, and June 22, 2007, as the deadline for filing pretrial motions. Defendants request a modification of the scheduling order for conducting plaintiff's deposition. Defendants explain that plaintiff was scheduled to be deposed on April 17, 2007; however, when defendants called the prison facility to confirm the deposition, they were informed that due to an oversight, arrangements had not been made for the scheduled deposition. The facility was also unable to make arrangements for a deposition to be conducted on the

1

following day. In support of their request, defendants provide a copy of the notice of deposition that was served on the plaintiff setting the deposition for April 17, 2007 . Plaintiff opposes the modification of the scheduling order. The court finds that the cancellation of plaintiff's deposition was not due to any action or inaction on the part of defendants or their counsel. Therefore, the court will grant defendants leave to conduct this discovery beyond the deadline set by the scheduling order, and the deadline for filing pretrial motions will also be extended.

On May 1, 2007, defendants filed a request for an extension of time to file their opposition to plaintiff's motion for summary judgment which was filed on April 18, 2007. Good cause appearing, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's April 27, 2007 motion to modify the scheduling order, filed on January 4, 2007, is granted as follows:

　　a. Defendants may depose plaintiff on or before May 31, 2007; and

　　b. The deadline for filing pretrial motions is extended from June 22, 2007 to July 22, 2007;

2. Defendant's May 1, 2007 request for an extension of time to file their opposition to plaintiff's motion for summary judgment, is granted;

3. Defendants are granted thirty days from the date of this order in which to file and serve their opposition to plaintiff's motion for summary judgment which was filed on April 18, 2007. Plaintiff's reply, if any, shall be filed seven days thereafter.

DATED: May 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.41mod