IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

        Plaintiff,                    No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

        Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff requests that the court "reinstate" Troy Singletary as a defendant in this action and order the California Attorney General's office to either waive service or to provide information to the U.S. Marshal so that service upon Singletary may be effectuated. Plaintiff contends that in another case pending before this court, Lopez v. Peterson, CIV S-98-2111 JKS (E.D. Cal), the Attorney General represents Troy Singletary.

        On March 13, 2007, the assigned District Judge dismissed the claims against defendants Farris, Singletary and Hansen due to plaintiff's failure to provide the USM-285 forms and other documents necessary to effect service on those defendants. The court finds that contrary to plaintiff's assertions, the Attorney General's office no longer represents defendant Singletary. On June 24, 2005, in Lopez v. Peterson, District Judge Singleton dismissed with

1

prejudice all defendants except defendants Hooper, Jennings, and Castro.  (See CIV S-98-2111, Doc. No. 227.)  Moreover, when the U.S. Marshal attempted service on defendant Singletary in this action, service was returned unexecuted because the California Department of Corrections was unable to locate a Troy Singletary.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 9, 2007 notice of service and request to reinstate Troy Singletary as a defendant is denied.

DATED: May 24, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.serv