IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>                                   Plaintiff,<br><br>          v.<br><br>S. COOK, et al.,<br><br>                                   Defendants. | 2:03-cv-1605-GEB-DAD-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Defendants' request for an extension of time to file their response to Plaintiff's motion for summary judgment was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have thirty days from the date of service of this order to file their response to plaintiff's motion for summary judgment, filed on April 18, 2007.

DATED: June 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.eotsj2