IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>S. COOK, et al.,<br><br>　　　　　　　　　　Defendants. | 2:03-cv-1605-GEB-DAD-P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

Defendants' request for an extension of time to file their dispositive motion was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have until August 20, 2007 to file their dispositive motion.

DATED: July 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.36defmot

Order Granting Defendants' Request for Extension of Time to File and Serve Dispositive Motion

1

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Andrew R. Lopez v. S. Cook, et al.*
**Case No.:**  2:03-cv-1605-GEB-DAD-P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **July 20, 2007**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Andrew Rick Lopez
D-86271
California State Prison, Corcoran
P.O. Box 3481
Corcoran, CA  93212

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 20, 2007**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |

Order Granting Defendants' Request for Extension of Time to File and Serve Dispositive Motion
2