IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>S. COOK, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 2:03-cv-1605-GEB-DAD-P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |

　　　　Defendants' second request for an extension of time to file their dispositive motion was considered by this Court, and good cause appearing,

　　　　IT IS HEREBY ORDERED that defendants have until September 20, 2007 to file their dispositive motion.

DATED: August 20, 2007.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.36dmsj

1