IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW LOPEZ,

    Plaintiff,                    No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 2, 2007, plaintiff filed a document styled, "Request for Judicial notice and relevant findings[,] and for counsel, and to vacate pretrial and trial deadlines."

        First, plaintiff requests that the court take judicial notice of his allegations that he is either intentionally being denied court access by defendants' numerous delays and refusal to provide photocopying services, or that all prisoners suffer obstructions and delays by the denial of access to the law library on the false justification that their cases have already been adjudicated. The court may not take judicial notice of facts that may be subject to reasonable dispute; therefore, the request will be denied. See Rule 201(b), Fed. Rules of Evidence.

        Second, plaintiff requests that the court take judicial notice of two other cases in which he is a party: Lopez v. Peterson, et al., S-98-2111 EFB JKS P and Lopez v. Scribner, et

1

al., F-04-5595 DLB.  Plaintiff has not explained what adjudicative facts the court should take judicial notice of or how those facts relate to this action.  Therefore, plaintiff's request will be denied.

Third, plaintiff requests the appointment of counsel.  Plaintiff's request will be denied.  See Orders, filed 11/14/06, 4/18/07, and 5/22/07.

Fourth, plaintiff requests that the dates for the filing of pretrial statements, pretrial conference and the trial be vacated.  In light of the plaintiff's pending motion for summary judgment, filed on April 18, 2007, and the court's concurrently filed order granting defendants an extension of time to file their motion for summary judgment, the plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's August 2, 2007 request for judicial notice is denied;

2.  Plaintiff's August 2, 2007 request for the appointment of counsel is denied;

3.  Plaintiff's August 2, 2007 request that dates for the filing of pretrial statements, for pretrial conference, and trial be vacated, is granted; and

4.  The following dates set forth in the court's January 4, 2007 scheduling order, are vacated:  September 21, 2007 for the filing of plaintiff's pretrial statement and motion to obtain the attendance of witnesses; September 28, 2007 for the filing of defendants' pretrial statement; October 5, 2007 for pretrial conference; and January 8, 2008 for trial before the Honorable Garland E. Burrell, Jr.

DATED: August 20, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.vac.wpd

2