IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREW R. LOPEZ,** | CASE NO. 2:03-cv-1605-GEB-DAD-P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' THIRD REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| v. | |
| **S. COOK, et al.,** | |
| Defendants. | |

Defendants' third request for an extension of time to file their dispositive motion was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that defendants have until October 11, 2007 to file their dispositive motion.

DATED: September 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.Deot3