IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                      No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 20, 2007 and October 15, 2007, plaintiff filed requests for the appointment of counsel. Previous requests were denied on January 30, 2004, September 2, 2004, September 12, 2006, November 14, 2006, April 18, 2007, May 22, 2007, and August 21, 2007. In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 20, 2007 and October 15, 2007 requests are denied. The court will not issue an order to future requests for the appointment of counsel, unless the court determines that circumstances have changed.

DATED: October 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm/4
lope1605.31thr