IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                        2:03-cv-1605-GEB-DAD-P

    vs.

S. COOK, et al.,

      Defendants.             ORDER

_____/

        On November 19, 2007, plaintiff filed objections to the magistrate judge's October 25, 2007 order denying plaintiff's request for the appointment of counsel. The court construes plaintiff's objections as a motion for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge, filed October 25, 2007, is affirmed.

Dated: December 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge