IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

       Plaintiff,                    No. CIV S-03-1605 GEB DAD P

   vs.

S. COOK, et al.,

       Defendants.           ORDER

_____/

       This action is scheduled for trial on October 27, 2009 before the Honorable Garland E. Burrell. Due to the court's calendar and assignments, it is necessary for the trial date to be vacated and reset for a later date.

       Accordingly, IT IS HEREBY ORDERED that:

       1. Jury trial set for October 27, 2009 before the Honorable Garland E. Burrell is vacated; and

       2. This matter is set for jury trial before the Honorable Garland E. Burrell on May 4, 2010 at 9:00 a.m. in Courtroom 10.

DATED: August 19, 2009.

DAD:4
lope1605.41mod2

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE