IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,                           No. CIV S-03-1605 GEB DAD P

    vs.

S. COOK, et al.,

    Defendants.                        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The court finds that appointment of counsel for plaintiff is warranted. Therefore, the court will appoint counsel and set this matter for a status hearing. Attorney William Bishop has been selected by random draw from the court's pro bono attorney panel to represent plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. William Bishop is appointed as attorney for plaintiff.  Mr. Bishop shall notify Sujean Park, ADR coordinator, at 916-930-4278, if he has any questions related to this appointment.

        2. This matter is set for a status hearing at 10:00 a.m. on May 28, 2010 before the undersigned in Courtroom #27.  The parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

/////

1

1      3.  The Clerk of the Court is directed to serve a copy of this order on plaintiff
2  Andrew Lopez at California State Prison - Corcoran, and on William Bishop at Seyfarth Shaw,
3  400 Capitol Mall, Suite 400, Sacramento, CA 95814.
4  DATED: April 7, 2010.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sp/4
lope1605.31adr