**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ANDREW R. LOPEZ,

      Plaintiff,           No. CIV S-03-1605 GEB DAD P

  vs.

S. COOK, et al.,

                                       **ORDER & WRIT OF HABEAS CORPUS**
      Defendants.             **AD TESTIFICANDUM**

/

      Andrew R. Lopez, inmate # D-86271, a necessary and material witness in proceedings in this case on December 2, 2010, is confined in California State Prison, Corcoran, 4001 King Avenue, Corcoran, California 93212, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd at the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, December 2, 2010, not later than 8:30 a.m. for a meeting with his attorney, and a settlement conference immediately following at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a meeting with his attorney and in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Dale A. Drozd; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California State Prison, Corcoran, P. O. Box 8800, Corcoran, California 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Drozd at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd; and thereafter return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 20, 2010.

                                                      */s/ Dale A. Drozd*
                                                      DALE A. DROZD
                                                      UNITED STATES MAGISTRATE JUDGE

DAD:sp
lope1605.841