IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Plaintiff,　　　　　　　　　　No. CIV S-03-1605 GEB DAD P

  vs.

S. COOK, et al.,

    Defendants.　　　　　　　　　<u>ORDER</u>

_____/

      Plaintiff, a state prisoner represented by William Daley Bishop, Jr. of the Law Offices of Seyfarth Shaw, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Communication between attorney Bishop and his client is required in order to allow preparation for a settlement conference set before the court on December 2, 2010.  By this order, the court directs the Warden and the correctional staff at California State Prison - Corcoran, to facilitate a telephone call between appointed counsel Mr. Bishop and inmate Andrew Lopez.  In order to provide adequate representation, the telephone call must be a confidential communication between the attorney and his client.  Mr. Lopez must be able to communicate with his attorney without having his conversation overheard by others, including correctional officers.  This order, however, does not prohibit correctional staff from maintaining visual surveillance of Mr. Lopez during his telephone conversation with his counsel.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Warden and correctional staff at California State Prison - Corcoran, shall facilitate a telephone call between inmate Andrew Lopez and his attorney, William Daley Bishop, Jr.

2. The telephone call shall be placed on October 26, 2010 at 10:00 a.m. and shall continue, without interruption, for a maximum of 120 minutes or until completed, whichever is earlier. Correctional staff shall initiate the phone call by calling Mr. Bishop's direct line at (916) 498-7008.

3. The telephone conversation shall be a confidential communication between attorney and client and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Lopez under visual surveillance during the conversation.

4. Failure to comply with this order may result in an order requiring the Warden of California State Prison - Corcoran, or others responsible for the failure to comply, to appear before the court to show cause why sanctions should not be imposed against them.

DATED: October 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lopez1605.phone