IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                         No. CIV S-03-1605 GEB DAD P

     vs.

S. COOK, et al.,

      Defendants.             <u>ORDER</u>

_____/

       This case is scheduled for a settlement conference on December 2, 2010 at 10:00 a.m. before the undersigned. Appointed pro bono counsel for plaintiff has filed a motion to withdraw which is noticed for hearing on December 10, 2010, an amended ex parte application to continue the trial and trial related dates, and a motion for an order shortening time so that his amended ex parte application can be heard prior to November 24, 2010, the date the parties' confidential settlement conference statements are due. The court will relieve counsel for both parties of the requirement of submitting a confidential settlement statement. Nevertheless, defense counsel may voluntarily elect to file a confidential statement setting forth defendants' position with respect to settlement on or before December 2, 2010. The court will hear appointed counsel's motion to withdraw and amended application to continue trial and trial related dates, if necessary, at the conclusion of the settlement conference on December 2, 2010.

1

Accordingly, IT IS HEREBY ORDERED that:

1. This action shall proceed with the settlement conference set for December 2, 2010 at 10:00 a.m. before the undersigned and the writ of habeas corpus ad testificandum, issued on October 21, 2010, and directed to the Warden at California State Prison - Corcoran to compel plaintiff's personal presence at the scheduled settlement conference shall remain in full force and effect;

2. The parties are relieved of the requirement of submitting a confidential settlement conference statement under the court's September 22, 2010 order; defendants may nonetheless submit a confidential statement setting forth their position with respect to settlement, if they so desire, on or before November 30, 2010;

3. Plaintiff's November 17, 2010 application for an order shortening time to hear plaintiff's amended ex parte application to continue trial and trial related dates (Doc. No. 239) is granted;

4. The court will hear appointed counsel's motion to withdraw (Doc. No. 235) and plaintiff's amended ex parte application to continue trial and trial related dates (Doc. No. 238), if necessary, at the conclusion of the settlement conference on December 2, 2010; and

5. A copy of this order shall be mailed to plaintiff Andrew Lopez at California State Prison - Corcoran.

DATED: November 19, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.sett.state