IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

     Plaintiff,               No. CIV-S-03-1605 KJM-DAD P

    vs.

S. COOK, et al.,

     Defendants.        ORDER

_____/

       This matter comes before the court upon Everett Gonzalez's request to be excused from appearing as a witness at the upcoming trial in this case. While the court will not excuse Mr. Gonzalez, it is mindful of Mr. Gonzalez's concerns regarding his medical condition and therefore ORDERS Mr. Gonzalez to testify at the trial beginning April 4, 2011 via video-conference. An amended writ of habeas corpus ad testificandum will be issued accordingly.

       IT IS SO ORDERED.

DATED: March 23, 2011.

_____
UNITED STATES DISTRICT JUDGE

1