## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

        Plaintiff,                 No. CIV S-03-1605 KJM DAD P

   vs.

S. COOK, et al.,

        Defendants.         **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

     Everette Gonzalez, inmate # H-62749, a necessary and material witness in proceedings in this case on April 4, 2011, is confined in California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212-8309, in the custody of the Warden; in order to secure this inmate's testimony it is necessary that an amended Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate for **video-conferencing** at California State Prison, Corcoran, on April 4, 2011, at 1:30 p.m. This amended order and Writ of Habeas Corpus ad Testificandum shall replace the prior order and writ dated March 4, 2011, which required the presence of the witness in court.

     ACCORDINGLY, IT IS ORDERED that:

     1. An amended Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above for video-conferencing at the time and date above, and from day to day until completion of court proceedings or as ordered by the court;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

     3. The Clerk of the Court is directed to serve a courtesy copy of this amended order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden, California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212-8309:**

     **WE COMMAND** you to produce the inmate named above for video-conferencing at the date and time above, and from day to day until completion of the proceedings or as ordered by the court.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 23, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
lope1605.841(Gonzalez)