IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

      Plaintiff,                      No. CIV-S-03-1605 KJM-DAD P

    vs.

S. COOK, et al.,

      Defendants.            ORDER

_____/

        At the conclusion of the jury trial in this case on April 8, 2011, plaintiff provided notice that he will file a motion for judgment notwithstanding the verdict as provided by Federal Rule of Civil Procedure 50. The court anticipates defendants will file an opposition.

        Accordingly, the court issues this order to bring its standing order regarding the length of briefs to the parties' attention. The standing order, provided to parties in all of this court's civil cases, typically at the beginning of a case,[1] places a page limit of twenty (20) pages on initial moving papers and oppositions, and a limit of ten (10) pages on any reply. The parties

/////

/////

---

[1] Because this case was only recently reassigned to this court, the standing order has not previously been issued.

1

1  are hereby INSTRUCTED that the court will enforce these page limits with respect to any
2  motions filed in this case.
3     IT IS SO ORDERED.
4  DATED: April 8, 2011.

_____
UNITED STATES DISTRICT JUDGE