IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

       Plaintiff,                       No. CIV-S-03-1605 KJM-DAD P

    vs.

S. COOK, et al.,

       Defendants.              ORDER

                                  /

        Plaintiff filed a "notice of obstruction of meaningful court access, request for order to show cause and for extension of time" on June 2, 2011. (ECF 315.) Defendants oppose plaintiff's request. (ECF 316.) The request is DENIED.

        The only matter still pending before the court in the above-captioned case is plaintiff's motion for judgment as a matter of law. (ECF 305.) Plaintiff has filed a reply to defendants' opposition to this motion. (ECF 313.) There are no other upcoming deadlines in this case. The issue of plaintiff's access to his legal materials is moot.

        Accordingly, plaintiff is instructed that this case is CLOSED pending disposition of the motion for judgment as a matter of law. The court will not consider any further submissions.

        IT IS SO ORDERED.

DATED: June 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

1