## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

                  Plaintiff,                      No.  2:03-cv-01605 KJM DAD P

      vs.

S. COOK, et al.,

               Defendants.          **ORDER & WRIT OF HABEAS CORPUS**

_____/     **AD TESTIFICANDUM**

      Andrew R. Lopez, inmate D-86271, a necessary and material witness in proceedings in this case on January 31, 2014, is confined in California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212-8309 in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimbely J. Mueller, to appear by telephonic-conferencing at California State Prison, Corcoran, January 31, 2014 at 3:30 p.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The clerk of the court shall send a courtesy copy by fax to California State Prison, Corcoran, Litigation Coordinator at (559) 992-7372.


## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden, California State Prison, Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California, 93212-8309:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 6, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mp

lope1605.841tc