UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>           Plaintiff,<br><br>     v.<br><br>SUSAN COOK, et al.,<br><br>           Defendants. | No. 2:03-cv-01605 KJM DAD P<br><br><br>ORDER |

        Plaintiff's counsel Robert Navarro has submitted documents dated May 28, 2014 and June 5, 2014 to chambers with a request that they be sealed.

        Local Rule 141(a) provides that "[d]ocuments may be sealed only by written order of the Court." The request to seal "shall set forth the statutory or other authority for sealing, the requested duration, the identity, by name or category, of persons to be permitted access to the documents, and all other relevant information." *Id.* 141(b).

        There is a strong presumption in favor of public access to court records. *See Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210 (9th Cir. 2002). However, "access to judicial records is not absolute." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Depending on the type of motion, the court applies different standards in resolving requests to seal. *Id.* at 1180. Here, the court need not identify the applicable standard because plaintiff has not met the threshold requirements set forth in the Local Rules. Indeed, other than

1

the bare requests that the documents be filed under seal, counsel has not even mentioned the basis for request to seal much less suggested whether the request satisfies either of the Ninth Circuit's tests for sealing.

If counsel is inclined to resubmit his request after addressing the shortcomings identified by this order, he may wish to consult with the court's pro bono coordinator, Sujean Park, who can be reached at (916) 930-4278.

IT IS THEREFORE ORDERED that:

1. Counsel's request to file his ex parte requests under seal is denied; and
2. The Clerk of the Court is directed to return the documents to Attorney Robert Navarro.

DATED: June 12, 2014.

_____
UNITED STATES DISTRICT JUDGE

2