UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. 2:03-cv-1605 KJM DAD P |
| Plaintiff, | |
| v. | ORDER |
| S. COOK, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with this civil rights action seeking relief under 42 U.S.C. § 1983. This matter is set for trial on October 13, 2015. On September 1, 2015, a proposed settlement was filed in *Ashker v. Brown*, Case No. 4:09-cv-5796-CW (N.D.Cal.). *Ashker* is a class action lawsuit pending in the United States District Court for the Northern District of California. Under the terms of the proposed settlement, the California Department of Corrections and Rehabilitation has agreed to, within one year of preliminary approval of said proposed settlement

> review the cases of all currently validated prisoners serving indeterminate SHU terms under the old validation regulations. . . . If an inmate has not been found guilty of a SHU-eligible rule violation within a proven Security Threat Group (STG) nexus within the last 24 months, he shall be released from the SHU and transferred to a General Population facility consistent with his case factors. Those who have been incarcerated in a SHU for more than ten years will generally be released from the SHU, even if they have committed a recent SHU-eligible offense and allowed to serve

1

> the remainder of the SHU term and their Step Down Program time in the new Restrictive Custody General Population Unit.

*Ashker v. Brown*, ECF No. 424 at 6.  It appears to the court that preliminary approval of the proposed settlement in *Ashker*, if granted by the court, may impact the claims in this action.  For that reason, the court is inclined to refer the matter for further settlement conference.

    Good cause appearing, IT IS HEREBY ORDERED that the parties are granted seven days from the date of this order in which to file a short statement of their views on whether a further settlement conference in this matter is appropriate in view of the proposed settlement in *Ashker* or for any other reason.

DATED: September 4, 2015.

_____
UNITED STATES DISTRICT JUDGE