UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

       Plaintiff,

vs.

S. COOK, et al.,

       Defendants.
_____/

No. 2:03-cv-1605 KJM DAD P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

     Andrew R. Lopez, inmate #D-86271, a necessary and material witness in proceedings in this case on October 13, 2015, is confined in California State Prison - Corcoran, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the United States District Court, 15th Floor, Courtroom 3, 501 I Street, Sacramento, California on October 13, 2015, at 8:30 a.m.

     ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

     3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison – Sacramento, and by fax on the Litigation Coordinator at California State Prison - Corcoran, (559) 992-7372.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, California State Prison - Corcoran, 4001 King Avenue, P.O. Box 8800, Corcoran, California 93212-8309:**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: September 22, 2015

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:10/kly

lope1605.841