UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No.  CIV-S-03-1605 KJM-DAD |
| Plaintiff, | |
| v. | |
| S. COOK, et. al., | |
| Defendants. | ORDER |

The parties request to continue the hearing on motions in limine and the trial date currently set for September 25, 2015 and October 13, 2015, respectively.  The parties also ask that the court extend the due dates for proposed jury instructions and proposed voir dire.

The parties have shown good cause for continuance.  Accordingly, the request to continue the hearing on the motions in limine and the trial date will be granted. Additionally, the request to extend due dates for proposed jury instructions and proposed voir dire will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request that dates for hearing on motions in limine, for proposed jury instructions, for proposed voir dire, and for trial date be continued is granted.

 2. The following new dates and times are set: January 15, 2016 at 10:00 a.m. for the hearing on motions in limine and January 25, 2016 at 9:00 a.m. for the trial.

3. The parties shall file any proposed jury voir dire seven days before trial.

4. The parties shall file any proposed jury instructions fourteen days before trial.

IT IS SO ORDERED.

DATED: September 25, 2015.

_____
UNITED STATES DISTRICT JUDGE