IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>               Plaintiff,<br>v.<br><br>SUSAN COOK, et al.,<br><br>               Defendants. | No. 2:03-cv-01605 KJM EFB P (TEMP)<br><br>**ORDER & APPLICATION<br>FOR WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM** |

**Andrew R. Lopez, inmate # D86271**, plaintiff in the above action which is set for trial on **Monday, January 25, 2016, at 8:30 a.m.**, is confined at Corcoran State Prison, 4001 King Avenue, Corcoran, CA 93212 (559) 992-8800, in the custody of the Warden.  In order to secure this inmate's attendance at these proceedings, it is necessary that a Writ of Habeas Corpus ad Testificandum issue, commanding the custodian to produce the inmate before the **Honorable Kimberly J. Mueller, United States District Court, Eastern District of California, 501 I Street, Courtroom No. 3 (15th Floor), Sacramento, California 95814, on Monday, January 25, 2016, at 8:30 a.m.**

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Corcoran State Prison Warden to produce the inmate named above to participate in a settlement conference in the United States District Court, at the time and place noted above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to Corcoran State Prison;

2. The inmate respectfully requests that he be transported as late as possible before the January 25, 2016, trial date;

3. The custodian is ordered to notify the court of any change in custody of this inmate, and is ordered to provide the new custodian with a copy of this writ; and

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk / Litigation Office, Corcoran State Prison, P.O. Box 8800, 4001 King Avenue, Corcoran, CA 93212

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:  **The Warden, CORCORAN STATE PRISON**, 4001 King Avenue, Corcoran, CA 93212:

      **WE COMMAND** you to produce the inmate named above to participate in settlement proceedings before the United States District Court, at the time and place noted above.  **FURTHER,** you are ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

DATED:  January 7, 2016.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE