**FILED**

JAN 26 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. COOK, et al.,<br><br>　　　　　Defendants. | No. 2:03-CV-1605 KJM EFB<br><br>JURY COMMUNICATION |

**REPLY FROM COURT TO NOTE RECEIVED ON January 26, 2016 at 1:43 PM**

Date sent to jury: January 26, 2016

Time sent to jury: 2:18 p.m.

The purpose of the CDC Form 1030 is to disclose confidential information to an inmate who is the subject of an investigation without revealing the information's source. The form does not record a decision of validation. In this case, any CDC Form 1030s were disclosed to Mr. Lopez on November 28, 2000, after plaintiff was validated.

DATED: 1/26/2016

　　　　　　　　　　　　　　　　　　　KIMBERLY J. MUELLER
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1