**FILED**

JAN 26 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDREW R. LOPEZ, | No. 2:03-CV-1605 KJM EFB |
|---|---|
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| S. COOK, et al., | |
| Defendants. | |

**REPLY FROM COURT TO TWO NOTES RECEIVED ON January 26, 2016 at 3:53 PM**

Date sent to jury: January 26, 2016

Time sent to jury: 4:31 p.m

    Regarding Final Instruction No. 13, the first sentence captures the fundamental requirement that must be satisfied for a person to be a critical decision-maker. The other sentences expand on and clarify the role of a critical decision-maker. You do not need to find that every sentence of this instruction is satisfied for a defendant to be identified as a critical decision-maker.

    Regarding the clause in Instruction No. 13 that reads "to whom he would have presented his views," the person does not need to have been formally identified. With this clarification, the court encourages you to reread the sentence in which this clause appears, also bearing in mind that all of the court's instructions should be read together as a whole.

DATED: 1/26/16

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE