FILED

JAN 27 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. 2:03-CV-1605 KJM EFB |
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| S. COOK, et al., | |
| Defendants. | |

**REPLY FROM COURT TO NOTE RECEIVED ON January 27, 2016 at 11:45 AM**

Date sent to jury: January 27, 2016

Time sent to jury: 12:10 p.m.

The answer to your question is yes.

DATED: January 27, 2016.

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1