FILED

JAN 27 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANDREW R. LOPEZ, | No. 2:03-CV-1605 KJM EFB |
|---|---|
| Plaintiff, | |
| v. | JURY COMMUNICATION |
| S. COOK, et al., | |
| Defendants. | |

**REPLY FROM COURT TO NOTE RECEIVED ON January 27, 2016 at 1:20 PM**

Date sent to jury: January 27, 2016

Time sent to jury: 1:45 p.m.

The third sentence of Final Instruction No. 13 is worded to acknowledge that it has already been decided in this case that plaintiff's procedural due process rights were violated. In the course of determining a prisoner's status, one part of a critical decision-maker's job is that he should have given plaintiff a chance to be heard.

DATED: 1/27/16

KIMBERLY J. MUELLER
U.S. DISTRICT JUDGE

1